WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carlos Albert Palmeri,<br><br>Petitioner,<br><br>v.<br><br>Jason Gunther,<br><br>Respondent. | No. CV-24-02195-PHX-KML<br><br>**ORDER** |

Magistrate Judge Michael T. Morrissey issued a Report and Recommendation ("R&R") recommending the denial of petitioner Richard Carlos Albert Palmerit's petition for writ of habeas corpus. (Doc. 17.) No objections were filed and the R&R is adopted in full. *See Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("[D]istrict courts are not required to conduct any review at all . . . of any issue that is not the subject of an objection.").

**IT IS ORDERED** the Report and Recommendation (Doc. 17) is **ADOPTED** and the petition for writ of habeas corpus (Doc. 1) is **DENIED** and **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court shall enter judgment and close this case.

Dated this 25th day of July, 2025.

Honorable Krissa M. Lanham
United States District Judge